# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Protective Life Insurance Company,

        Plaintiff,

Civil No. 12-0582 (JRT/JJG)

v.

Sheila I. Kridner, Karen M. Roberts, Lisa A. Curtis, and Cynthia L. Goergen,

        Defendants.

**ORDER ON REPORT AND RECOMMENDATION**

---

Andrew J Budish and James Jorissen, **LEONARD, O'BRIEN, SPENCER, GALE, & SAYER, LTD,** 100 South Fifth Street, Suite 2500, Minneapolis, MN 55402, for plaintiff.

Lauris A Heyerdahl, Paul Smith and Melissa Hagstrum, **LARKIN HOFFMAN DALY & LINDGREN LTD**, 7900 Xerxes Avenue South, Suite 1500, Minneapolis, MN 55431-1194, for defendant Sheila Kridner.
Karen M. Roberts, 19111 Indiana Street, Roseville, MI 48066, Lisa A. Curtis, 17931 Pasadena Street, Roseville, MI 48066, and Cynthia L. Goergen, 29765 Utica Road, Roseville, MI 48066, *pro se defendants*.

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation (ECF No. 55) is **ADOPTED**;

2. Default judgment is entered against Karen M. Roberts, Lisa A. Curtis, and Cynthia L. Goergen, and in favor of Sheila I. Kridner;

3. The Clerk is directed to disburse a check from the Registry of the Court for the sum of $101,084.90, plus any and all earned interest, payable to Sheila I. Kridner and sent to her in the care of her attorney, Paul R. Smith, Larkin Hoffman Daly & Lindgren Ltd, 7900 Xerxes Ave South, Suite 1500, Minneapolis, MN;

4. Plaintiff's attorney is directed to complete a Withdrawal Payee Information form in accordance with District of Minnesota Local Rule 67.2; and

5. The Clerk's Office is instructed to mail a copy of this Report and Recommendation and any subsequent Order directly to Karen M. Roberts, Lisa A. Curtis, and Cynthia L. Goergen, at the addresses of record.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: October 7, 2013
at Minneapolis, Minnesota

    s/John R. Tunhiem
    JOHN R. TUNHEIM
    United States District Judge